476 A.2d 70

Commonwealth v. Dillard, Appellant.
Petition for Allowance of Appeal
Denied Aug. 22, 1984.

566

Submitted November 18, 1983. Daniel M. Preminger, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Order affirmed.